IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00369-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     SHAWN R. MERRIMAN,

       Defendant.

_____

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING
_____

THIS MATTER comes before the Court following the filing of a Notice of Disposition

(**#4**) on August 20, 2009, by Defendant.  The Court construes this Notice as a motion to change

his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

pending determination of those matters.

2.     A Change of Plea hearing is set for **December 2, 2009,** at **10:00 a.m.** in the

United States District Court for the District of Colorado, Courtroom A901, Alfred

A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3.     The final trial preparation conference set for October 16, 2009, and the October

19, 2009, trial date are **VACATED**.

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*

DATED this 24th day of August, 2009.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge