# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: September 14, 2010
Court Reporter: Paul Zuckerman
Probation Officer: Caryl Ricca

Criminal Action No. 09-cr-00369-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,                               Thomas O'Rourke
                                                        Tim Neff

        Plaintiff,

v.

SHAWN RICHARD MERRIMAN,                                 Patrick Ridley

        Defendant.

---

## SENTENCING MINUTES
---

**8:48 a.m.**    **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on December 2, 2009. Defendant pled guilty to Count 1 and admitted Count 2 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The Government **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report. Argument by counsel Neff and Ridley. Evidence presented by the Government.

**Witness sworn for the : Rob Barnett :**
**9:08 a.m.**    Direct Examination by Mr. O'Rourke.

**EXHIBITS: Received:**    1-24 (by stipulation)

**10:13 a.m.**    **Court in recess**
**10:35 a.m.**    **Court in session**

Cross examination of witness by Mr. Ridley.

Re-direct examination of witness by Mr. O'Rourke.

No further evidence with regard to calculation.

Argument by counsel O'Rourke as to calculation.

**11:55 a.m.**      **Court in recess**
**1:21 p.m.**      **Court in session**

Argument by Ridley as to calculation.

The Government **does** request departure (**Doc. #46**). Argument by Mr. Neff. The defendant has no objection.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument by Mr. Ridley. The Government objects.

**2:14 p.m.**      **Court in recess**
**2:31 p.m.**      **Court in session**

Allocution. - Statements made by: The defendant.

The victims were given an opportunity to make statements with regard to sentencing.

Argument by Mr. Ridley and Mr. Nef.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. The Court denies defendant's request for a continuance for the reasons stated. No further argument.

**ORDER:**      The Government's Motion for Decrease of Responsibility (**Doc. #46**) is **GRANTED.**

**ORDER:**      **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:**      The Government's Motion for Forfeiture of Property (**Doc. #58**) is **GRANTED**.

The defendant is advised of his right to appeal.

**ORDER:**      Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**4:39 p.m.      Court in recess.**

Total Time:     5 hours 46 minutes.
Hearing concluded.